AO 257 (USAO REV. 6/99)

PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY:  ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

**DEFENDANT U.S. vs.**

DANIEL MAGANA

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
NEVADA, LAS VEGAS

Address

Name and Office of Person Furnishing Information on THIS FORM: TERRIE MURRAY
☒ U.S. Att'y  ☐ Other U.S. Agency

Birth Date | Male ☒ | Alien (if applicable)
Female

Name of Asst. U.S. Att'y (if assigned): PETER S. LEVITT

Social Security Number

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
ATF - ABBY DICKSON

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

MAG. JUDGE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under

Place of offense: DISTRICT OF NEVADA

☐ Petty
☐ Minor
☐ Misdemeanor
☐ Felony

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction  } ☐ Fed'l  ☐ State
6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution
HIGH DESERT STATE PRISON

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶
Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY  ▶

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

CR-S-05-431

18/922(g)(1) & 924(a)(2) - FELON IN POSSESSION OF A FIREARM

PLEASE ISSUE WARRANT          WRIT FILED



FILED ___  ENTERED ___   RECEIVED ___  SERVED ON ___
COUNSEL/PARTIES OF RECORD

NOV 16

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

This form was electronically produced by Elite Federal Forms, Inc. - mod HI (11/00)