# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>Plaintiff )<br>)<br>vs. )<br>)<br>DANIEL MAGANA )<br>)<br>Defendant ) | CR-S-05-431<br><br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM FOR<br>DANIEL MAGANA |

THE PRESIDENT OF THE UNITED STATES OF AMERICA
TO:   WARDEN
      HIGH DESERT STATE PRISON
      INDIAN SPRINGS, NV
      UNITED STATES MARSHAL FOR THE DISTRICT OF
      NEVADA AND ANY OTHER UNITED STATES MARSHAL

## G R E E T I N G S :

WE COMMAND that you have the body of **DANIEL MAGANA**, ID #87813, detained in the custody of the Warden, High Desert State Prison, Indian Springs, NV, before the United States Magistrate Judge at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about Wednesday, November 23, 2005, at the hour of 3:00 p.m., for Initial Appearance and Arraignment and Plea and any further proceedings and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, until the said **DANIEL MAGANA** is released and discharged by the said

Court; and that you shall thereafter return the said **DANIEL MAGANA** to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct, and have you then and there this writ.

DATED: 11·16·05

_____
UNITED STATES MAGISTRATE JUDGE

ATTEST:

LANCE S. WILSON, Clerk
United States District Court

By _____
         Deputy