FRANNY A. FORSMAN
Federal Public Defender
State Bar No. 000014
MONIQUE N. KIRTLEY
Assistant Federal Public Defender
State Bar No. 018440/Arizona
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Defendant,
**DANIEL MAGANA**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>DANIEL MAGANA<br>Defendant. | CR-S-05-431-RLH<br><br>**STIPULATION TO CONTINUE CALENDAR AND TRIAL DATES**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Robert A. Bork, Assistant United States Attorney, counsel for the United States of America; and Franny A. Forsman, Federal Public Defender, and Monique N. Kirtley, Assistant Federal Public Defender, Counsel for DANIEL MAGANA, that Calendar Call scheduled for January 18, 2006, at the hour of 8:30 a.m., and Trial currently scheduled for January 23, 2006, at the hour of 8:30 a.m., be vacated and set to a date and time to be set by the court, but no event earlier than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant needs additional time for further investigation and research.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. Denial of this request for continuance would deny counsel for defendants sufficient time within which to be able to effectively and thoroughly research, prepare and submit for filing appropriate pretrial motions and notices of defense, taking into account the exercise of due diligence.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code Sections 3161(h)(1)(F) 3161(h) (7) and Title 18, United States Code, Section 3161(h)(8)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(8)(B)(I) and 3161(h)(8)(B)(iv).

6. This is the first request for continuance filed herein.

DATED this 12th day of January, 2006.

FRANNY A. FORSMAN,
Federal Public Defender

By /s/ Monique Kirtley
MONIQUE N. KIRTLEY
Assistant Federal Public Defender
Counsel for Defendant

DANIEL G. BOGDEN
United States Attorney

By /s/ Peter Levitt
ROBERT A. BORK
Assistant United States Attorney
Counsel for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DANIEL MAGANA,

Defendant.

CR-S-05-075-RCJ (RJJ)

**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER**

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for Defendant needs additional time for further investigation and research.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. Denial of this request for continuance would deny counsel for defendants sufficient time within which to be able to effectively and thoroughly research, prepare and submit for filing appropriate pretrial motions and notices of defense, taking into account the exercise of due diligence.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code Sections 3161(h)(1)(F) 3161(h) (7) and Title 18, United States Code, Section 3161(h)(8)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(8)(B)(I) and 3161(h)(8)(B)(iv).

6. This is the first request for continuance filed herein.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the motion and trial dates.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(A), 3161(h)(7) and Title 18 United States Code, Section, Sections 3161(h)(8)(A), when the considering the factors under Title 18, United States Code, Sections 3161(h)(8)(B) and 3161(h)(8)(B)(iv).

**ORDER**

IT IS THEREFORE ORDERED that the calendar call currently scheduled for January 18, 2006, at the hour of 8:30 a.m.; be vacated and continued to ______________________________ at the hour of _______ ____.m.; and the Trial currently scheduled for January 23, 2006, at the hour of 8:30 a.m., be vacated and continued to ____________________________________________ _______ at the hour of _______ ____.m.

DATED _______ day of January, 2006.

______________________________________
UNITED STATES DISTRICT JUDGE