# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:05-cr-0431-RLH-RJJ |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| DANIEL MAGANA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#43, filed January 18, 2007), entered by the Honorable Robert J. Johnston, regarding Defendant's Motion to Suppress firearms & Statements's (#24).   Objections (#50) were filed to Magistrate Judge Johnston's Report and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.  The Government has filed a Response (#51) thereto, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Johnston should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommendation (#43, entered January 18, 2007) is AFFIRMED and ADOPTED, and Defendant's Motion to Suppress (#24) is denied.

Dated:   February 28, 2007.

ROGER L. HUNT
Chief U.S. District Judge